UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO ORTEGA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARK RITCHIE, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-02944-HSG (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 10 |

On August 7, 2018, the Court issued an Order to Show Cause Re. Contemplated Dismissal to which plaintiff was to respond by September 6, 2018. Plaintiff has moved for an extension of time to file his response. Good cause appearing, plaintiff's motion is GRANTED. Plaintiff must respond to the Order to Show Cause no later than **October 9, 2018**.

This order terminates Dkt. No. 10.

**IT IS SO ORDERED.**

Dated: 8/23/2018

　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge