# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO ORTEGA, <br> Plaintiff, <br> v. <br> MARK RITCHIE, et al., <br> Defendants. | Case No. 18-cv-02944-HSG (PR) <br><br> **ORDER GRANTING SECOND EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE** <br><br> Re: Dkt. No. 12 |

On August 7, 2018, the Court issued an Order to Show Cause Re. Contemplated Dismissal to which plaintiff was to respond by September 6, 2018. Plaintiff has moved for a second extension of time to file his response. Good cause appearing, plaintiff's motion is GRANTED. Plaintiff must respond to the Order to Show Cause no later than **November 9, 2018**.

This order terminates Dkt. No. 12.

**IT IS SO ORDERED.**

Dated: 10/2/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge