UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO ORTEGA, <br> Plaintiff, <br> v. <br> MARK RITCHIE, et al., <br> Defendants. | Case No. 18-cv-02944-HSG (PR) <br><br> **JUDGMENT** |

For the reasons stated in the Order of Dismissal, this action is dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/17/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge